UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

DEC 11 2025

Nathan Ochsner
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ANTONIO QUIJAS CANO | § | **V-25-119** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about November 29, 2025, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

ANTONIO QUIJAS CANO,

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found at or near Lavaca County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _/s/ Patti Hubert Booth_
PATTI HUBERT BOOTH
Assistant United States Attorney